AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Urbina, Ricardo M | USDC - District of Columbia | 04/27/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Prettyman U.S. Courthouse<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | National Home Library Foundation |
| 2. Council Member | American University, Washington School of Law Dean's Diversity Council |
| 3. Council Member | Council for Court Excellence |
| 4. Board Member | Aikido Shobukan Dojo |
| 5. see Section VIII | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | District of Columbia Superior Court, Retirement Fund |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 A 9: 39 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | 04/27/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-Dec | Adjunct Professor at a law school, both Fall and Sp ing semesters, see Section VIII | $ 15,000.03 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Ma | ▬ Income (see VIII) |
| 2. Apr-Dec | ▬ncome - pension |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | 04/27/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. see Section VIII | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Fund, 1st Eagle Sogen Gold Class A (See VIII) | A | Dividend | J | T | | | | | |
| 2. Mutual Fund, Blue Chip Growth (See VIII) | A | Dividend | J | T | | | | | |
| 3. Equity Index Mutual Fund | A | Dividend | J | T | | | | | |
| 4. Science & Technology Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Real Estate Mutual Fund | A | Dividend | J | T | | | | | |
| 6. International Bond Fund | A | Dividend | J | T | | | | | |
| 7. Novartis Common Stock | A | Dividend | J | T | | | | | |
| 8. Presidential Bank Account FSB Plus Checking | A | Interest | K | T | | | | | |
| 9. D.C. Government Federal Credit Union | A | Interest | J | T | | | | | |
| 10. Pentagon Federal Savings Account | A | Interest | J | T | | | | | |
| 11. Pentagon Federal Money Market Certificate | A | Interest | J | T | | | | | |
| 12. Pentagon Federal IRA Account | A | Interest | J | T | | | | | |
| 13. Cardinal Bank CD (See Section VIII) | A | Interest | | | Matured | 6/18 | J | A | |
| 14. Cardinal Bank Savings | A | Interest | J | T | Opened | 5/15 | J | | |
| 15. Carpenter Technology Common Stock | A | Dividend | J | T | Buy | 4/28 | J | | |
| 16. Genentech Common Stock | A | Dividend | J | T | Buy | 6/2 | J | | |
| 17. Capital One Account | A | Interest | J | T | Opened | 4/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | 04/27/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - Positions
Retired from Board of Governors - Einstein Institute for Science, Health, and the Courts ("EINSHAC")

Part III(A) - Income
Name of Law School - ███████████████████

Part III(B) -███████ Income
███████employer, ███████████ VA. Retired in March 2006.

Part VI - Liabilities
Liability amount for Ca ital One Service cited in 2005 report was less than $10,000 in 2006.

Part VII - Investments and Trusts
(18) (A) IRA 2010 Fund, (B)(1) B, (B)(2) dividend, (C)(1) K, (C)(2) T, (D)(1) ro over, (D)(2) 5/17, (D)(3) K. (IRA rolled over from ███████ 457 ING Retirement account███████████ VA, to T. Rowe Price.)

Ar ington Federal Credit Union listed on 2005 report is exempt from disclosure in 2006.

Cardina Bank CD was bought on 4/18/05 but inadvertently omitted on 2005 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_ 5/11/2007 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544